[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  14-15436
Non-Argument Calendar

_____

D.C. Docket No. 9:14-cr-80060-DPG-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY WESLEY HALL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 14, 2015)

Before ED CARNES, Chief Judge, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Thomas Butler, appointed counsel for Timothy Hall, has moved to withdraw

from further representation of the appellant and has filed a brief pursuant to *Anders*

*v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hall's conviction and sentence are **AFFIRMED**.  Additionally, Hall's motion for appointment of new counsel is **DENIED.**